FILED '07 APR 19 09:58 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTONIO A. GUTIERREZ,           )
                                )
            Petitioner,         )
                                )   Civil No. 03-309-TC
      v.                        )
                                )   ORDER
JOAN PALMATEER,                 )
                                )
            Respondent.         )
_____)

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on February 8, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Petitioner has timely filed objections. I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed February 8, 2007, in its entirety. Petitioner's petition (#2) is denied. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this __18th__ day of __April__, 2007.

_Michael R. Hogan_
UNITED STATES DISTRICT JUDGE

2   - ORDER